UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                               :

LYNN ZELVIN, *on behalf of himself and all others similarly situated*,      :

                            Plaintiff,        :        23-CV-8763 (JMF)

            -v-                             :        <u>ORDER</u>

COLLECTIBLEXCHANGE, LLC,              :

                          Defendant.      :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

       SO ORDERED.

Dated: October 10, 2023
       New York, New York

                                                         JESSE M. FURMAN
                                                    United States District Judge